**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JASON JOHNSON,** | ) | Case No. 1:13 CV 1396 |
| | ) | |
| Plaintiff, | ) | Judge Dan Aaron Polster |
| | ) | |
| vs. | ) | <u>**DISMISSAL ENTRY**</u> |
| | ) | |
| **COMMERCIAL RECOVERY SYS., INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

Shortly after the filing of this Fair Debt Collection Practices Act case, the Court held teleconferences with counsel on June 27, 2013 and July 15, 2013, in an effort to resolve the parties' dispute.

On July 19, 2013, Plaintiff's counsel contacted the Court to advise that the parties have in fact settled this case. Accordingly, the case is hereby dismissed with prejudice, each party to bear its own costs. Notice by the Clerk of Courts being hereby waived. Additionally, the teleconference scheduled on Monday, July 22, 2013 is hereby cancelled.

The Court retains jurisdiction over the settlement agreement.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　*/s/ Dan A. Polster     July 19, 2013*
　　　　　　　　　　　　　　　　　　　　**Dan Aaron Polster**
　　　　　　　　　　　　　　　　　　　　**United States District Judge**