**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION-CLEVELAND**

| | | |
|---|---|---|
| JASON JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:13-cv-01396-DAP |
| | ) | |
| COMMERCIAL RECOVERY SYSTEMS, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, JASON JOHNSON , by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: __/s/ Dave Tannehill_____
Dave Tannehill, Esq.
Attorney for Plaintiff
Ohio Registration No. 0083968
Krohn & Moss, Ltd.
8043 Corporate Circle, Suite 3
North Royalton, OH 44133
Telephone: (323) 988-2400
Fax: (866) 425-3459
dtannehill@consumerlawcenter.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 22, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on July 22, 2013, I served all counsel of record with a copy of this document by way of the CM/ECF system.

                                            /s/ Dave Tannehill
                                            Dave Tannehill
                                            Attorney for Plaintiff